1052

PHILIP GROH, *Appellant*, v. MASON COUNTY FOREST PRODUCTS, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Mason County, No. 08-2-01105-8, Toni A. Sheldon, J., entered March 15, 2010. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Hunt and Johanson, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. LUIS A. BRIONES, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 10-1-00098-7, Gordon Godfrey, J., entered April 26, 2010. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Penoyar, C.J., and Johanson, J.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT CLAYTON WEBB, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-1-01886-3, Roger A. Bennett, J., entered January 14, 2010. *Remanded with instructions* by unpublished opinion per Van Deren, J., concurred in by Penoyar, C.J., and Johanson, J.

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA D. RAY, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 09-1-00222-4, Lesley A. Allan, J., entered May 6, 2010. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Brown, J.